RANDY S. GROSSMAN
Acting United States Attorney
MEGHAN E. HEESCH
Assistant United States Attorney
Minnesota Bar No. 0395912
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9442
Email: meghan.heesch@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br><br>Google LLC<br>1600 Amphitheater Parkway, Mountain View, CA 94043<br><br>Host of expliamdavis@gmail.com | Case No. '21 MJ01948<br><br>EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL AND ORDER THEREON<br><br>[FILED UNDER SEAL] |
|---|---|

COMES NOW the United States, by and through its counsel, Randy S. Grossman, United States Attorney, and Meghan Heesch, Assistant U.S. Attorney, and hereby moves that the attached Application for Search Warrant, Affidavit, Attachments, and Search Warrant, and this Motion and Order be ordered filed under seal until further order of the Court.

//
//
//
//
//
//

The basis for this application is that, for the reasons described within the accompanying Search Warrant Application and Affidavit, the documents to be sealed discuss an ongoing, covert criminal investigation and premature disclosure of the existence of the warrant or the contents of the application could result in flight from prosecution of the user of the subject account and his co-conspirators, destruction of evidence (including many encrypted devices), or otherwise seriously jeopardize the ongoing investigation by compromising the trust that the targets of the investigation have put into the device. Additionally, it is believed that premature disclosure could endanger the life and safety of the confidential human source in this investigation. We respectfully request that the Application, Affidavit, and Warrant be unsealed on June 7, 2021, at which time there will no longer be a need to seal these filings.

DATED: May 17, 2021

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

_____
Meghan E. Heesch
Assistant U.S. Attorney

O R D E R

Upon application of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the Search Warrant, the Search Warrant Application and Affidavit, the Attachments, and this Application and Order in the above-referenced case shall be filed under seal until June 7, 2021.

DATED: May 17, 2021

_____
HONORABLE MICHAEL S. BERG
U.S. MAGISTRATE JUDGE