RANDY S. GROSSMAN
Acting United States Attorney
MEGHAN E. HEESCH
Assistant U.S. Attorney
Minnesota Bar No. 0395912
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-9442
Email: Meghan.Heesch@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Google LLC<br>1600 Amphitheater Parkway<br>Mountain View, CA 94043<br>Host of expliamdavis@gmail.com | Case No.: 21-MJ-1948<br><br>**UNITED STATES' MOTION TO UNSEAL SEARCH WARRANT** |

The UNITED STATES OF AMERICA, by and through its counsel, Acting United States Attorney, Randy S. Grossman, and Assistant U.S. Attorney, Meghan E. Heesch, hereby moves to this Court for an order filed under seal to unseal the Application, Affidavit, and Warrant in 21MJ1948.

On May 17, 2021, U.S. Magistrate Judge Michael S. Berg, Southern District of California, authorized the search of the content of Google LLC account expliamdavis@gmail.com. This warrant was filed under seal with a non-disclosure order under 18 U.S.C. § 2705(b). Both the sealing and non-disclosure orders expire on June 7, 2021.

In an abundance of caution and for the processing of the unsealing by the Clerk's Office, the United States now moves this Court for an Order to unseal the search warrant issued in 21-MJ-1948.

DATED: June 7, 2021

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*/s/ Meghan E. Heesch*
MEGHAN E. HEESCH
Assistant U.S. Attorney