# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Google LLC<br>1600 Amphitheater Parkway<br>Mountain View, CA 94043<br>Host of expliamdavis@gmail.com | Case No.: 21-MJ-1948<br><br>**ORDER** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing;

IT IS HEREBY ORDERED that the Application, Affidavit, and Warrant in this case be unsealed.

DATED: June 7, 2021

_____
HON. DANIEL E. BUTCHER
U.S. MAGISRATE JUDGE